## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**ERIC LEE ALLEN**                                                                 **PLAINTIFF**

**v.**                          **CASE NO: 4:14CV00602 BSM**

**NEWBURN et al.**                                                             **DEFENDANTS**

## ORDER

The partial recommended disposition submitted by Magistrate Judge Beth Deere and plaintiff's objections thereto have been reviewed.  After careful consideration of the objections and a *de novo* review of the record, it is concluded that the partial recommended disposition should be, and hereby is, approved and adopted in its entirety in all respects.

IT IS THEREFORE ORDERED that:

1       Allen's claims against defendant Randy Morgan are dismissed without prejudice; and

2       Allen's claims against the Pulaski County Regional Detention Facility and defendant Brawley are dismissed with prejudice.

IT IS SO ORDERED this 29th day of October 2014.

_____
UNITED STATES DISTRICT JUDGE