**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**ERIC LEE ALLEN**                                                                                    **PLAINTIFF**

v.                                    **CASE NO. 4:14CV00602 BSM**

**NEWBURN et al.**                                                                                **DEFENDANTS**

## ORDER

The partial recommended disposition submitted by Magistrate Judge Beth Deere has been reviewed. No objections have been filed. After careful consideration, it is concluded that the partial recommended disposition should be, and hereby is, approved and adopted in its entirety in all respects.

Eric Lee Allen's motions for summary judgment [Doc. 26 & 27] are denied.

IT IS SO ORDERED this 5th day of January 2015.

_____
UNITED STATES DISTRICT JUDGE