**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**ERIC LEE ALLEN,**
**ADC #152530**                                                                                          **PLAINTIFF**

v.                                              **CASE NO. 4:14CV602 BSM**

**ORLANDO NEWBURN et al.**                                                                **DEFENDANTS**

### ORDER

The recommended disposition ("RD") filed by United States Magistrate Judge Beth Deere has been reviewed. The parties have not filed objections. After careful consideration, the RD is hereby adopted in all respects and Eric Allen's claims are dismissed without prejudice for failure to comply. Accordingly, defendants' motion for summary judgment [Doc. No. 43] and Allen's motion to dismiss defendants' motion for summary judgment [Doc. No. 49] are denied as moot. Furthermore, the partial recommended disposition [Doc. No. 52] is dismissed as moot.

IT IS SO ORDERED this 19th day of January 2016.

_____
UNITED STATES DISTRICT JUDGE