**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**ERIC LEE ALLEN,
ADC #152530**                                                                                    **PLAINTIFF**

**v.**                                   **CASE NO. 4:14CV602 BSM**

**ORLANDO NEWBURN et al.**                                                      **DEFENDANTS**

**<u>JUDGMENT</u>**

Consistent with the order that was entered on this day, this case is hereby dismissed

without prejudice.

DATED this 19th day of January 2016.

_____
UNITED STATES DISTRICT JUDGE